# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ROBERT DAVIS, | : | No. 193 EM 2016 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of January, 2017, the Application for Extraordinary Relief and the Application for an Immediate Plenary Review Hearing are **DENIED**.